UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

MDL 1917

| | | |
|---|---|---|
| C-07-5944 | SAMUEL CONTI | DATE May 9, 2008 |
| Case Number | Judge | |

Title: CRAGO, INC., et al.        vs CHUNGHWA PICTURE TUBES, et al.

Attorneys: SEE ATTACHED LIST OF ATTORNEYS

Deputy Clerk: T. De Martini     Court Reporter: Lydia Zinn

Proceedings

Plaintiffs' Motions for Appointment of Interim Lead Counsel for the Indirect Purchaser Class

Plaintiffs' Motions for Appointment of Interim Lead Counsel for the Direct Purchaser Class


(   )Motion(s): (   )Granted  (   )Denied  (   )Withdrawn

(   )Granted/Denied  (   )Off Calendar  (   )Submitted

Order to be Prepared by:(   )Pltf  (   )Deft  (   )Court

Discovery Cutoff:_____ Pretrial Statements Due_____

Case Continued to_____ for Pretrial Conference

Case Continued to_____ for Court/Jury Trial

Case Continued to_____ for Further Status Conference

Case Continued to_____ for_____

CASE REFERRED TO U.S. MAGISTRATE_____

for_____

Opening Briefs_____ Answer_____ Reply_____

Deemed Submitted on_____

ORDERED AFTER HEARING: After ruling on the motions, the Court asked if there were any comments from the parties. There were no comments. Copies of the Order were handed to the parties.

MDL 1917

C-07-5944  <u>CRAGO, INC. -v- CHUNGHWA PICTURE TUBES, LTD., et al.</u>  (JT)
         United States Motion to Intervene and Stay              (Antitrust)
         Pltf Jeffrey Figone's Motion for Appointment of Interim Lead Counsel
         for the Indirect Purchaser Class
         Plt Craigo Inc. Motion for Appointment of Lead Counsel

| Plaintiffs | Defendants |
|---|---|
| GUIDO SAVERI | JOSEPH WETZEL |
| BRUCE SIMON | DAVID LISI |
| CHRISTOPHER LOVELL | RYAN SANDROCK |
| ERIC FASTIFF | JAMES MCGINNIS |
| CADIO ZIRPOLI | JONATHAN De GOOYER |
| R. ALEXANDER SAVERI | |
| SHERMAN KOSSOF | |
| FRANCIS SCARPULLA | |
| MICHELLE JACKSON | U.S. INTERVENOR |
| MARIO ALIOTO | |
| CLINT WALKER | JEANE HAMILTON |
| RICK SAVERI | |
| JOSPEH ALIOTO | |
| CRAIG COBITT | |
| THERESA MOORE | |

Case 3:08-cv-02204-SC    Document 12    Filed 05/09/2008    Page 2 of 2