



**LOCKRIDGE GRINDAL NAUEN**
P . L . L . P .
Attorneys at Law

*www.locklaw.com*

MINNEAPOLIS
Suite 2200
100 Washington Avenue South
Minneapolis, MN 55401-2179
T 612.339.6900
F 612.339.0981

WASHINGTON, D.C.
Suite 210
415 Second Street, N.E.
Washington, DC 20002-4900
T 202.544.9840
F 202.544.9850

**Elizabeth M. Sipe**
Phone: 612-339-6900
emsipe@locklaw.com
REPLY TO MINNEAPOLIS

June 27, 2008

*VIA FEDEX*

Clerk of the Court
United States District Court
Northern District of California
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

Re:     *In Re: Cathode Ray Tube (CRT) Antitrust Litigation*,
        ND CA case no. 3:08-cv-02204 SC, MDL No. 1917

Dear Madam/Sir:

Enclosed for the above case is a check in the amount of $420.00 as payment of the pro hac vice admissions for W. Joseph Bruckner and Elizabeth R. Odette pursuant to paragraph 6 of Pretrial Order No. 1 by Judge Conti dated April 4, 2008 and docketed on May 1, 2008 for this case. A copy of this Order is enclosed.

Mr. Bruckner is a member in good standing of the Bar of the States of Minnesota and Nebraska. Ms. Odette is a member in good standing of the Bar of the State of Minnesota.

Also enclosed is a postage prepaid, self-addressed return envelopes.

Very truly yours,

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

Elizabeth M. Sipe
Paralegal

Enclosures
c:     W. Joseph Bruckner
       Elizabeth R. Odette

383252-1